## Schedule A

| No. | Platform | Defendant Name / Alias | Listing URL | Seller ID |
|---|---|---|---|---|
| 1 | Walmart | wisker | https://www.walmart.com/ip/SiaBiced-Face-Down-Pillow-Prone-Pillow-Washable-Cover-Soft-Ergonomic-Support-Pillow-Wedge-Gray/16688265122?classType=VARIANT&from=/search | 102845479 |